374 A.2d 720

Johnston, Appellant, v. Pittsburgh & Lake Erie Railroad.

Argued April 12, 1977. Francis J. Carey, for appellant; G. Edward Yurcon, for appellee.

Order affirmed.

VAN der VOORT, J., absent.

374 A.2d 720

Kessler, Appellant, v. Kessler.

Argued March 23, 1977. Robert Keller, for appellant; Spencer A. Manthorpe, with him Larrick B. Stapleton, for appellee.

Decree affirmed.

WATKINS, P. J., did not participate in the consideration or decision of this case.